PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Tyree Purkett                                Cr.: 21-00199-001
                                                                                    PACTS #: 6871483

Name of Sentencing Judicial Officer:     THE HONORABLE JOHN MICHAEL VAZQUEZ
                                         UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/25/2021

Original Offense:   Count One: Distribution of Fentanyl, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C)

Original Sentence: 3 years probation

Special Conditions:  Substance Abuse Testing/Treatment, Special Assessment

Type of Supervision: Probation                          Date Supervision Commenced: 10/25/2021

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1.                  Mr. Purkett violated the following special condition of probation:

                    **"You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition.**

                    On December 21, 2022, Mr. Purkett submitted a urinalysis at the Kintock Residential Reentry Center and tested positive for Benzodiazepines. Urinalysis results were submitted to lab and confirmed positive.

U.S. Probation Officer Action:

Mr. Purkett was verbally reprimanded for drug use and the consequences for continued illegal drug use were discussed. The U.S. Probation Office will continue to monitor Mr. Purkett with drug testing and will notify the Court of any additional non-compliance. Mr. Purkett is currently being housed in the Kintock RRC located in Newark, New Jersey, as a modification of his conditions of probation. We are respectfully requesting no court action be taken against Mr. Purkett and allow this notice serve as a written reprimand from the Court.

Prob 12A – page 2
Tyree Purkett

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   *Donovan K. Hammond*
      DONOVAN K. HAMMOND
      U.S. Probation Officer

/ dkh

APPROVED:

_____   12/29/2022
JOSEPH A. DAGROSSA                Date
Assistant Deputy Chief U.S. Probation Officer

---

***Please check a box below to indicate the Court's direction regarding action to be taken in this case:***

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

12/30/22
Date